**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIGCOMMERCE, INC., <br><br> Defendant. | Civil Action No. 2:17-cv-00160 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S AMENDED MOTION TO DISMISS FOR IMPROPER VENUE

**Improper Venue**: *TC Heartland LLC v. Kraft Foods Grp. Brands LLC*, No. 16-341, 2017 WL 2216934, at *1 (U.S. May 22, 2017) reaffirmed *Stonite Prods. Co. v. Melvyn Lloyd Co.*, 315 U.S. 561 (1942) which held patent venue improper in WDPA for Stonite Products Co., a company incorporated in Pennsylvania which lacked a place of business in WDPA. BigCommerce is incorporated in Texas but lacks a single place of business in EDTX. Ex. A. That makes BigCommerce today's Stonite. Accordingly, venue in EDTX is improper. Indeed, Express Mobile, Inc. has not alleged and cannot allege any facts placing any BigCommerce "place of business," however that term is interpreted, within this District.

**Transferee Court**: After *TC Heartland,* which reaffirmed *Stonite*, the proper venue in this case is no longer a decision under the convenience jurisprudence of Sec. 1404. Rather, this motion presents a decision between NDCA—the *bona fide* backyard of Plaintiff and the only logical venue for adjudicating a patent infringement dispute against BigCommerce—and WDTX, the only other proper patent venue over BigCommerce.  28 U.S.C. § 1406(a) states, "if it

be in the interest of justice, [the district court shall] transfer such case to any district or division in which it could have been brought."

BigCommerce's only places of business in the United States are in San Francisco, California (NDCA) and Austin, Texas (WDTX). Ex. A. The technical nerve center of BigCommerce is located in San Francisco, California, rendering NDCA the technical hub of the company. Consider, for example, that every member of BigCommerce's top level of technical leadership works in the San Francisco office:

- Brian Dhatt, **Chief Technology Officer (CTO)**, is responsible for all aspects of the architecture, systems design, and operations of the BigCommerce service.

- Brandon Golm, **VP Engineering**, is responsible for front and back end development of the BigCommerce platform.

- Scott Baker, **VP Technical Operations**, is responsible for operations, performance, and security of the BigCommerce platform.

- Jimmy Duvall, **Chief Product Officer (CPO)**, is responsible for all product strategy, product roadmap, design, and program management office.

- Troy Cox, **Senior Director, Product Management**, is responsible for the developing, defining and overseeing the BigCommerce product roadmap.

*See* Ex. A. Other senior executives work in San Francisco as well:

- Alexandra Shapiro, **Chief Marketing Office**, is responsible for all aspects of the company's marketing.

- Russell Klein, **SVP of Corporate Development**, is responsible for all business development and third party strategic relationships across the company.

*See* Ex. A.

These are the key decision makers of BigCommerce for its technology. Moreover, among the 21 employees who report directly to the CTO or CPO, 14 work in the San Francisco office, 5 work in the Sydney office, and only two work in the Austin office. This is a patent lawsuit, not a securities lawsuit. Any patent infringement lawsuit naturally implicates BigCommerce's

technology. The people who make key decisions for BigCommerce's deployment, development, and maintenance of its technology are all in San Francisco, CA in NDCA.

BigCommerce's Austin presence includes lower-level, non-executive technical employees and upper management for corporate and finance. For a patent infringement matter, between NDCA and WDTX, the interests of justice point to NDCA as the proper transferee district.

And it is not just BigCommerce for whom the selection of NDCA as the appropriate transferee forum is in the interests of justice under Sec. 1406. The founder of Express Mobile, the CEO of Express Mobile, and the inventor of the patents-in-suit, Steve Rempell, lives in NDCA, as evidenced by his LinkedIn profile:



Express Mobile's patent prosecutor lives there too.



Express Mobile's headquarters and principal place of business is in NDCA.



Express Mobile's "Texas ties," are <u>purely</u> litigation-driven. On April 2, 2015, Express Mobile's patent litigator, Robert Kiddie, registered Express Mobile, Inc. with the Texas Sec. of State. The evidence indicates that <u>nothing</u> connecting Express Mobile to the entire state of Texas has any non-litigation purpose.

| EXPRESS MOBILE INC. DBA XPRESSMO, INC. | |
|---|---|
| Texas Taxpayer Number | 32056826863 |
| Mailing Address | 2421 MCCOOK DR GEORGETOWN, TX 78626-8153 |
| Right to Transact Business in Texas | ACTIVE |
| State of Formation | DE |
| Effective SOS Registration Date | 04/02/2015 |
| Texas SOS File Number | 0802186511 |
| Registered Agent Name | ROBERT KIDDIE |
| Registered Office Street Address | 2421 MCCOOK DRIVE GEORGETOWN, TX 78626 |

The mailing address Express Mobile elected to present to the Texas Secretary of State as its business address—2421 McCook Drive, Georgetown TX, 78626—is not a business address at all. It is, instead, Express Mobile's patent litigator Robert Kiddie's home address.



The registration date of the business, April 2, 2015, is interesting in that *one business day*—Friday, April 3, 2015—separates Express Mobile Inc.'s birth in the state of Texas and a multi-year patent litigation campaign in this district.





Express Mobile's Plano, Texas location recited in the Complaint—3415 Cluster Rd. Suite 104, Plano, TX 75023—is an intriguing location. Complaint at ¶ 2.

For starters, the office is in building #2 of Custer Office Park.



http://www.copplano.com/kiosk-main/

That office building lists its tenants on a webpage they represent as current (2017).

**Building 2**

| | | |
|---|---|---|
| #100 Myar Lonestar Solutions LLC | #118 The Right Touch Massage Therapy | #161 Teresa Hunter / Sterling Insurance |
| #101 James R Adams | #119 F3 Inc. | #182 Winston Floors |
| #102 23 Triton General Contractor LLC. | #120 Encoditech LLC | #184 CurryCo Inc |
| #104 DSS Technology Management Inc | #122 North Texas Property Mngmt / DFW Eviction Services LLC. | #185 David E Solsberry / Service Master |
| #105 Primary Residential Mortgage Inc | #126 Vacant | #187 Stephen Scannell / Andy on Call |
| #106 Tan Wei / Sunset Insurance Services LLC. | #140 Yuntang Gao 7 FirstUSA Real Estate | #188 Sayre Oil LLC |
| #107 Parker Brothers Plumbing | #141 Big Blue Enterprises, LLC | #189 The Best Insurance Agent |
| #111 North American Vehicle Transport Inc. / NAVT Inc. | #150 Hector Rivera | #190 Distinctive Marketing |
| #112 Darwin D Washington | #151 Sean William Thorpe | #194 Goosehead Insurance / Brenda Carmona Canales |
| #114 Shannons Personnel SVC Inc | #152 Greater Dallas USBC Association / Diane Morgan / Bowling Association Office | #195 Jennifer Perez / Dabble Dare LLC |
| #117 Advithri Technoligies LLC | #153 William Thomas Ortiz | #196 On the Spot Cleaning |

http://www.copplano.com/kiosk-building-2/

Room 104, listed on Express Mobile's Complaint as *its* place of business, Complaint at ¶ 2, is actually listed as the office DSS Technology Management, Inc.

**Building 2**

#100 Myar Lonestar Solutions LLC

#101 James R Adams

#102 23 Triton General Contractor LLC.

#104 DSS Technology Management Inc

DSS Technology Mgt., Inc. is a company that has filed a number of patent enforcement actions in the Eastern District of Texas.

| Name | Number | District | Filed |
|---|---|---|---|
| DSS Technology Management, Inc. v. Apple, Inc. | 6-13-cv-00919 | TXED | November 26, 2013 |
| DSS Technology Management, Inc. v. Taiwan Semiconductor Manufacturin... | 2-14-cv-00199 | TXED | March 10, 2014 |
| DSS Technology Management, Inc. v. Lenovo (United States), Inc. | 6-14-cv-00525 | TXED | May 30, 2014 |
| DSS Technology Management, Inc. v. Intel Corporation et al | 6-15-cv-00130 | TXED | February 16, 2015 |
| DSS Technology Management, Inc. v. Samsung Electronics Co., Ltd. et al | 6-15-cv-00690 | TXED | July 16, 2015 |
| DSS Technology Management, Inc. v. SK Hynix, Inc. et al | 6-15-cv-00691 | TXED | July 16, 2015 |
| DSS Technology Management, Inc. v. Qualcomm Incorporated | 6-15-cv-00692 | TXED | July 16, 2015 |
| DSS Technology Management, Inc. v. Intel Corporation et al | 6-16-cv-00197 | TXED | February 16, 2015 |

These facts stated above render it entirely farcical for Express Mobile to argue that its *own* Texas ties warrant a preference for WDTX over NDCA.

Finally, two key prior art reference authors, Eric Bier and Arturo Crespo, authors of *WebWriter: A Browser-Based Editor for Constructing Web Applications*, Computer Networks and ISDN Systems (May 1996) vol. 28 no. 7-11, p. 1291-306 both reside in NDCA.

**Arturo Crespo**
Staff Software Engineer at Google
Google Inc. (Mountain View, CA) • Stanford University
San Francisco Bay Area • 429

Connect

**Eric Bier**
Principal Scientist at PARC
PARC • University of California, Berkeley
San Francisco Bay Area • 500+

Connect

See https://www.linkedin.com/in/ericbier/; https://www.linkedin.com/in/acrespo/.

Finally, the identical patent claims at issue in this action are involved in litigation in NDCA which has a patent pilot program. *X Commerce, Inc. v. Express Mobile, Inc.*, No. 3-17-cv-2605 (N.D. Cal. May 5, 2017); *see also* http://www.cand.uscourts.gov/patentpilot. No related case is pending in WDTX. If this case is transferred to NDCA, it is quite likely that the matters will be consolidated in NDCA and the same district judge can address the myriad of issues common to the claims-in-suit.

In light of the voluminous ties that both parties *and* various non-parties have to the NDCA, BigCommerce requests a transfer to the Northern District of California as relief for improper venue under FRCP 12(b)(3).

Dated: June 2, 2017                                    Respectfully submitted,

                                                       */s/ Amit Agarwal*
                                                       Amit Agarwal
                                                       California State Bar # 294269
                                                       14420 Edinburgh Moor Dr.
                                                       Wimauma, FL 33598
                                                       Telephone:  (310) 351-6596
                                                       Email: ama7386@gmail.com

                                                       Bobby Lamb
                                                       State Bar No. 24080997
                                                       GILLAM & SMITH, L.L.P.
                                                       303 South Washington Avenue
                                                       Marshall, Texas 75670
                                                       Telephone:  (903) 934-8450
                                                       Facsimile:  (903) 934-9257
                                                       Email: wrlamb@gillamsmithlaw.com

                                                       ***Attorneys for Defendant***
                                                       ***BigCommerce, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 2, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                       */s/ Bobby Lamb*
                                                       Bobby Lamb