# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIGCOMMERCE, INC., <br><br> Defendant. | Civil Action No. 2:17-cv-00160 <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF STEVE REMPELL IN SUPPORT OF EXPRESS MOBILE'S RESPONSE TO DEFENDANT'S AMENDED MOTION TO DISMISS FOR IMPROPER VENUE**

I, Steve Rempell declare as follows:

1. I have personal knowledge of the matters set forth herein and if called, I could competently testify thereto.

2. I am the CEO of Express Mobile, Inc.

3. Express Mobile has been an operating entity since 2007, developing both browser-based and native application publishing platforms.

4. I make this declaration in support of Plaintiff's Response to Defendant's Amended Motion to Dismiss for Improper Venue.

5. Express Mobile has maintained a business relationship with Document Security Systems, Inc. ("DSS") since November 2013.

6. In January of 2014, Express Mobile began subleasing office space from DSS Technology Management, Inc., a subsidiary of DSS.

7. A subsequent lease was executed after DSS relocated its offices to the Custer Rd. location.

1

8.      As of the date of this declaration, Express Mobile continues to maintain a business relationship with DSS.

9.      Express Mobile filed its first lawsuit in April of 2015.

Executed this 16th day of June, 2017.

                                         */s/ Steve Rempell*
                                         Steve Rempell
                                         CEO, Express Mobile, Inc.